# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:12-cv-30062-MAP

| | |
|---|---|
| MICHAEL D. ROSE,<br>    Plaintiff | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF PITTSFIELD, | ) |
| MAYOR JAMES RUBERTO, | ) |
| CHIEF OF POLICE MICHAEL WYNN, | ) |
| POLICE OFFICER MARC STROUT, | ) |
| POLICE OFFICER MARK LENIHAN, | ) |
| POLICE OFFICER CHERYL BELKNAP, | ) |
| POLICE OFFICER JOHN MAZZEO, | ) |
| POLICE OFFICER JOHN SOULES, | ) |
| POLICE OFFICER MARTIN STREIT, | ) |
| POLICE OFFICER DAVID KIRCHNER, | ) |
| POLICE OFFICER, JOHN BASSI, | ) |
|     Defendants | ) |

## MOTION FOR CRIMINAL RECORDS

NOW COME the Defendants and move this Court to order the Massachusetts Criminal History Systems Board to provide the Defendants' Counsel with a list of all convictions and guilty pleas which it has records concerning the plaintiff, MICHAEL D. ROSE. Upon information and belief, including the apparent incarceration of the Plaintiff, the Plaintiff has a criminal record that may otherwise be admissible at trial. As such, the Defendants state that this information is relevant and "reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1).

WHEREFORE, the Defendants request that this Court order the Massachusetts Criminal History Systems Board to provide the Defendants' Counsel with the criminal records outlined above of the plaintiff and attach a proposed order for the Court's consideration as Exhibit A. If the instant motion is allowed, the Defendants Counsel requests permission to fill in the relevant

568792

ALLOWED
     WC 4, DJ
          Oct 24, 20 13