UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:12-cv-30062-MAP

| | |
|---|---|
| MICHAEL D. ROSE,<br>    Plaintiff | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF PITTSFIELD, | ) |
| MAYOR JAMES RUBERTO, | ) |
| CHIEF OF POLICE MICHAEL WYNN, | ) |
| POLICE OFFICER MARC STROUT, | ) |
| POLICE OFFICER MARK LENIHAN, | ) |
| POLICE OFFICER CHERYL BELKNAP, | ) |
| POLICE OFFICER JOHN MAZZEO, | ) |
| POLICE OFFICER JOHN SOULES, | ) |
| POLICE OFFICER MARTIN STREIT, | ) |
| POLICE OFFICER DAVID KIRCHNER, | ) |
| POLICE OFFICER, JOHN BASSI, | ) |
|     Defendants | ) |

## ORDER FOR CRIMINAL AND PROBATION RECORDS

Access is hereby granted to Nancy Frankel Pelletier, Esq. and Jeffrey J. Trapani, Esq., of

Robinson Donovan P.C. to the criminal records of: **Michael D. Rose, Date of Birth:**

____/____/19____; **Social Security Number:** _____, pursuant to general

Laws Chapter 6, Section 172 ( c).

The Court further orders that the aforementioned defense counsel shall enter the full date of

birth and social security number into this order and remit same to the target agency with a copy

to Plaintiff's Counsel.

So ordered by the Court:

Dated: **Oct 24, 2013**

568793